| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>Samuel C. Taylor (SBN 086580); Todd Benoff (SBN 192983); Elizabeth A. Sperling (SBN 231474); Cassandra Hooks (SBN 244471)<br>ALSTON & BIRD LLP<br>333 S. Hope St., 16th Floor, Los Angeles, CA 90071<br>(213) 576-1000 Ph. (213) 576-1100 Fax<br>ATTORNEYS FOR: Defendants Electrolux Home Products, Inc. and Sears, Roebuck and Co. | FILED<br><br>2010 JUN 11 PM 1:25<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN ISHII, MAYUMI ISHII, AND KAYDEN ISHII, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, REUBEN ISHII, AND REUBEN ISHII AS SUCCESSOR IN INTEREST OF KAYLEE ISHII, DECEASED,<br>    Plaintiff(s)<br>v.<br>SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, FRIGIDAIRE, ELECTROLUX MAJOR APPLIANCES NORTH AMERICA, and DOES 1 to 100, inclusive,<br>    Defendant(s). | CASE NUMBER<br>SACV10-00832 JVS (RNBx)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants Electrolux Home Products, Inc., erroneously sued herein as Electrolux Major Appliances North America, Electrolux North America, Inc. and Frigidaire; and Sears, Roebuck and Co.

(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Reuben Ishii | Plaintiff |
| Mayumi Ishii | Plaintiff |
| Kayden Ishii | Plaintiff |
| Sears, Roebuck and Co. | Defendant |
| Sears Holdings Corporation | Defendant |
| Frigidaire | A brand and trade name of Defendant Electrolux Home Products, Inc. |
| Electrolux Home Products, Inc., erroneously sued herein as Electrolux Major Appliances North America, Electrolux North America, Inc., and Frigidaire | Defendant |
| AB Electrolux | Parent company of Defendant Electrolux Home Products, Inc. (publicly held corporation that owns 10% or more of its stock) |

Date June 11, 2010

Elizabeth A. Sperling
Attorneys for Defendants Electrolux Home Products, Inc., erroneously sued herein as Electrolux Major Appliances North America, Electrolux North America, Inc. and Frigidaire; and Sears, Roebuck and Co.